1  JAMES M. McADAMS (BAR #64375)
   PIERRY, McADAMS & SHENOI, LLP
2  301 North Avalon Boulevard
   Wilmington, California 90744-5888
3
   Tel.  (310) 834-2691
4  FAX  (310) 518-5814

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  DONYAE GERARD EMORY,                 Case No.  CV F - 04 - 6722- AWI LJO

12
                 Plaintiff,              STIPULATION FOR DISMISSAL
13  vs.                                  OF DEFENDANT UNITED STATES
                                         OF AMERICA WITHOUT PREJUDICE;
14  UNITED STATES OF AMERICA,            ORDER THEREON
    AND ECOLAB, INC.,
15                                       Next Hearing: Motion for Summary Judgment
                 Defendants.             Date:      May 20, 2005
16  _____/    Time:      8:30 a.m.

17       Plaintiff, DONYAE GERARD EMORY, and Defendant UNITED STATES OF AMERICA

18  stipulate as follows:

19       The parties to this stipulation jointly request that Defendant United States of America be

20  dismissed as a party herein without prejudice.

21

22  Dated:  May 11, 2005         **PIERRY, McADAMS & SHENOI, LLP**

23                               By: /s/ James M. McAdams
                                      JAMES M. McADAMS
24                               Attorneys for Plaintiff, DONYAE GERARD EMORY

25  Dated:  May 11, 2005         **McGREGOR W. SCOTT**
                                 United States Attorney
26
                                 By: /s/ Kristi C. Kapetan
27                                    KRISTI C. KAPETAN
                                 Attorneys for Defendant UNITED STATES OF AMERICA
28

                                         1

<u>ORDER</u>

     Pursuant to the stipulation of the parties, defendant the United States is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:**   **May 13, 2005**                     **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE