BOWMAN AND BROOKE LLP
Mike H. Madokoro (SBN: 146970)
Gregory P. Gilmer (SBN: 212067)
879 West 190th Street, Suite 700
Gardena, California 90247-7468
Telephone: (310) 768-3068
Facsimile:  (310) 719-1019

Attorneys for Defendant
ECOLAB INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| DONYAE GERARD EMORY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, ECOLAB, INC.,<br><br>　　　　　Defendants. | Case No.:　　CV- F-04-6722 LJO<br><br>Assigned:　　Hon. Lawrence J. O'Neill<br>Courtroom.:　6<br><br>**STIPULATION AND ORDER TO CONTINUE THE SETTLEMENT CONFERENCE, THE LAST DAY FOR PARTIES TO SUBMIT DIRECTLY TO THE SETTLEMENT CONFERENCE JUDGE'S CHAMBERS A CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT, AND THE LAST DAY FOR A PARTY OR AN AUTHORIZED REPRESENTATIVE WHO NEEDS TO BRING A COMPUTER OR CELL PHONE TO THE SETTLEMENT CONFERENCE TO SUBMIT A WRITTEN REQUEST TO DO SO WITH THE SETTLEMENT CONFERENCE JUDGE**<br><br>Action Filed:　October 14, 2004<br>Trial Date:　　September 12, 2006 |

WHEREAS the Scheduling Order issued by this Court set August 17, 2005 as the last day for a party or an authorized representative who needs to bring a computer or cell phone to the Settlement Conference to submit a written request to do so by the Settlement Conference judge;

WHEREAS the Scheduling Order issued by this Court set

August 17, 2005 as the last day for parties to submit directly to the Settlement Conference Judge's chambers a Confidential Settlement Conference Statement;

WHEREAS the Scheduling Order issued by this Court set August 24, 2005 as the date on which a Settlement Conference would be held;

WHEREAS the parties have agreed to take the deposition of plaintiff Donyae Gerard Emory on August 12 and August 19, 2005;

WHEREAS the parties have agreed to have plaintiff Donyae Gerard Emory participate in an Independent Medical Examination in September, 2005; and

WHEREAS the parties have agreed to privately mediate this matter before Troy Roe on September 27, 2005.

IT IS HEREBY STIPULATED AND AGREED by and between all parties, through their respective attorneys of record, that the last day for a party or an authorized representative who needs to bring a computer or cell phone to the Settlement Conference to submit a written request to do so with the Settlement Conference Judge by November 4, 2005;

IT IS FURTHER STIPULATED by and between all parties, through their respective attorneys of record, that the last day for the parties to submit directly to the Settlement Conference judge's chambers a Confidential Settlement Conference Statement will be continued to November 4, 2005;

IT IS FURTHER STIPULATED by and between all parties, through their respective attorneys of record, that the Settlement Conference will be November 11, 2005. or as soon thereafter as the Court deems appropriate.

IT IS FURTHER STIPULATED that this Stipulation may be signed in counterparts and that facsimile signatures will be accepted.

IT IS SO STIPULATED:

DATED: August 12, 2005        BOWMAN AND BROOKE LLP

                                            By:    /s/
                                            Mike H. Madokoro, Esq.
                                            Gregory P. Gilmer
                                            Attorneys for Defendant
                                            ECOLAB INC.

DATED: August 11, 2005        PIERRY & MCADAMS LLP

                                            By:    /s/
                                            James M. McAdams, Esq.
                                            Attorneys for Plaintiff
                                            DONYAE GERARD EMORY

## **ORDER**

IT IS HEREBY ORDERED that the Settlement Conference currently set for 8/24/05 is continued to November 3, 2005 at 2:00pm before Judge Snyder.

IT IS FURTHER ORDERED that the last day for the parties to submit directly to the Settlement Conference judge's chambers a Confidential Settlement Conference Statement is 10/27/05.

IT IS FURTHER ORDERED that the last day for a party or an authorized representative who needs to bring a computer or cell phone to the Settlement Conference to submit a written request to do so with the Settlement Conference Judge is 10/27/05.

IT IS SO ORDERED.

Dated:   **August 16, 2005**          **/s/ Lawrence J. O'Neill**
66h44dUNITED STATES MAGISTRATE JUDGE