BOWMAN AND BROOKE LLP
Mike H. Madokoro (SBN: 146970)
Gregory P. Gilmer (SBN: 212067)
879 West 190th Street, Suite 700
Gardena, California 90247-7468
Telephone: (310) 768-3068
Facsimile:  (310) 719-1019

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO

| DONYAE GERARD EMORY, | Case No.: CV- F-04-6722 LJO |
|---|---|
| Plaintiff, | Assigned: Hon. Lawrence J. O'Neill<br>Courtroom.: 6 |
| vs. | STIPULATION OF DISMISSAL OF PLAINTIFF DONYAE GERARD EMORY'S COMPLAINT AND ORDER |
| UNITED STATES OF AMERICA, ECOLAB, INC., | Action Filed: October 14, 2004<br>Trial Date: September 12, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff Donyae Gerard Emory, and defendant Ecolab Inc., and, defendant United States of America, through their designated counsel, that plaintiff Donyae Gerard Emory's Complaint, in the above-entitled action, be and hereby is dismissed, with prejudice, pursuant to FRCP, Rule 41(a)(1) as to defendant Ecolab Inc.  All parties to bear their own respective costs and fees.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that this Stipulation may be executed in counterparts and that facsimile signatures will be accepted.

DATED: October 19, 2005     PIERRY & MCADAMS, LLP

By:     /s/     James McAdams

James McAdams
Attorney for Plaintiff
DONYAE GERARD EMORY

DATED: October 19, 2005     BOWMAN AND BROOKE LLP

By:     /s/     Gregory P. Gilmer

Mike H. Madokoro
Gregory P. Gilmer
Attorneys for Defendant
ECOLAB INC.

DATED: October 19, 2005     UNITED STATES ATTORNEYS' OFFICE

By:     /s/     Kristi C. Kapetan

Kristi C. Kapetan
Attorney for Defendant
UNITED STATES OF AMERICA

## ORDER

The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   October 19, 2005**          /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE